COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Riley HALL et al., Appellees.

Court of Appeals of Kentucky.

June 29, 1973.

James D. Robinson, General Counsel, Department of Highways, Frankfort, George Chad Perry, III, Perry & Greene, Paintsville, for appellant.

Harris S. Howard, Howard & Howard, Prestonsburg, W. W. Burchett, Jim Hammond, W. W. Burchett Law Offices, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Paul J. CECIL et al., Appellees.

Court of Appeals of Kentucky.

June 29, 1973.

James D. Robinson, General Counsel, Department of Highways, Frankfort, Perry M. Lewis, Madisonville, Joseph R. Flaherty, Cooper, Flaherty & Bamberger, Owensboro, for appellant.

Charles J. Kamuf, Beard, Rummage & Kamuf, Owensboro, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Harry YOUNG et al., Appellees.

Court of Appeals of Kentucky.

June 29, 1973.

James D. Robinson, General Counsel, Department of Highways, Frankfort, Gene Lanham, Owensboro, Perry M. Lewis, Madisonville, for appellant.

Charles J. Kamuf, Beard, Rummage, Kamuf & Yewell, Owensboro, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Lawrence LASHBROOK, Widower, Appellee.

Court of Appeals of Kentucky.

June 29, 1973.

Carl T. Miller Jr., General Counsel, Kentucky Department of Highways, Frankfort, Jerry W. Nall, Nall & Stephens, Owensboro, Perry M. Lewis, Madisonville, for appellant.

Charles J. Kamuf, Beard, Rummage & Kamuf, Owensboro, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.